**STATE of Louisiana ex rel. James Douglas SIMMONS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52390.

May 18, 1972.

Treating this attempted appeal as an application for writs we find no error in the ruling of the trial judge. See written reasons for judgment assigned by the trial judge.

262 So.2d 35

**STATE of Louisiana ex rel. Lawrence WATERMAN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52417.

May 18, 1972.

Considering the transcript furnished of the guilty plea by the trial court, this application has no merit.